01
02
03
04
05
06
07
08
09
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR09-66-RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| AVEL MEDINA, JR., | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 12, 2010. The United States was represented by Assistant United States Attorney Catherine Crisham, and the defendant by Nancy Tenney. The proceedings were digitally recorded.

The defendant had been charged and convicted for Possession of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). On July 31, 2009, defendant was sentenced by the Honorable Robert S. Lasnik to a term six (6) months in custody to be followed by one (1) year of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, possess no firearms, cooperate with DNA collection, submit to a search, participate in a RRC program for up to 120 days, no self-employment without permission and do not work for cash, and do not enter the Tulalip Indian

Reservation.

In a Petition for Warrant or Summons, dated February 5, 2010, U.S. Probation Officer Monique D. Neal asserted the following violations by defendant of the conditions of his supervised release:

1) Using marijuana, on or before December 2, 2009, in violation of standard condition No. 7.

2) Failing to successfully participate in a residential reentry center (RRC) program by being terminated from the program for using marijuana, in violation of the special condition stating that the defendant shall successfully participate in a RRC program for up to 120 days or until discharged by the Program Manager or U.S. Probation Officer.

3) Using marijuana, on or about December 21, 2009, in violation of standard condition No. 7.

4) Using methamphetamine and marijuana on or before January 26, 2010, in violation of standard condition No. 7.

5) Failing to report for drug testing as instructed by his U.S. Probation Officer on January 20, January 21, February 3, and February 4, 2010, in violation of the special condition that the defendant participate as instructed in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse which may include testing to determine if the defendant has reverted to the use of drugs.

In a Supplemental Violation Report dated February 24, 2010, U.S. Probation Officer Monique D. Neal asserted the following supplemental violations by defendant of the conditions of his supervised release:

6) Committing the crime of Possession of a Methamphetamine (RCW 69.50.4013), on or about February 13, 2010, in violation of the standard

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2

condition that the defendant shall not unlawfully possess a controlled substance.

7) Committing the crime of Possession of a Methamphetamine with Intent to Deliver (RCW 69.50.401), on or about February 13, 2010, in violation of the standard condition that the defendant shall not commit another federal, state, or local crime.

On March 9, 2010, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On March 12, 2010, defendant appeared for an evidentiary hearing on alleged violations. Defendant admitted to violations 1, 2, 3, 4 and 5 and denied alleged violations 6 and 7 and requested that an evidentiary hearing be set on the same day as a disposition hearing before the Honorable Robert S. Lasnik on alleged violations 6 and 7.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3, 4 and 5, and that the Court conduct an evidentiary/disposition hearing on alleged violations 6 and 7. A disposition hearing on violations 1, 2, 3, 4 and 5 and an evidentiary/disposition hearing on alleged violations 6 and 7 has been set for March 19, 2010 at 11:00 a.m. before the Honorable Robert S. Lasnik..

Pending a final determination by the Court, the defendant has been detained.

DATED this 12th day of March, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Robert S. Lasnik
    AUSA:                  Ms. Catherine Crisham
    Defendant's attorney:  Ms. Nancy Tenney
    Probation officer:     Ms. Monique D. Neal

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 4